```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| JANE DOE, | : | Civil Action No. 06-3529(NLH) |
|     Plaintiff, | : | |
| | : | |
|   v. | : | **ORDER** |
| | : | |
| JOHN T. SCHWERZLER, | : | |
| GLOUCESTER COUNTY INSTITUTE | : | |
| OF TECHNOLOGY, | : | |
| ROBERT TAFFET, M.D., | : | |
| TRISH GREEN, DANIEL GREEN, | : | |
| and GEORGE BREEN, | : | |
| | : | |
|     Defendants. | : | |

    For the reasons expressed in the Court's Opinion filed even date,

    **IT IS HEREBY** on this 28th day of June, 2007

    **ORDERED** that Defendants' motions to dismiss Plaintiff's Complaint [5, 12] are **DENIED WITHOUT PREJUDICE**; and it is further

    **ORDERED** that Plaintiff may prosecute her action under the pseudonym "Jane Doe"; and it is further

    **ORDERED** that Plaintiff shall file under seal, signed in her real name under penalty of perjury, a supplemental affidavit that contains the information outlined in the Court's Opinion; and it is further

    **ORDERED** that Plaintiff shall file her supplemental affidavit within thirty-days of the date of this Order; and it is further

    **ORDERED** that Defendants shall have the opportunity to respond to the supplemental affidavit no later than fourteen days following the filing of the affidavit; and it is further

**ORDERED** that following the parties' submissions, the parties shall appear at a hearing on a date and time set by the Court if the Court deems it necessary to hold such a hearing.

s/ Noel L. Hillman

At Camden, New Jersey         NOEL L. HILLMAN, U.S.D.J.